THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBRAHIM RAHMAN,

Plaintiff,

v.

QUALITY LOAN SERVICE
CORPORATION OF WASHINGTON,
*et al.*,

Defendants.

CASE NO. C26-1320-JCC

ORDER

This matter comes before the Court on Plaintiff's motions to remand (Dkt. No. 14) and to expedite (Dkt. No. 15). Having thoroughly considered the record and noting Defendants failed to lodge a timely response (which the Court deems an admission in accordance with LCR 7(b)(2)), the Court GRANTS the motion to remand (Dkt. No. 14) pursuant to *Carnegie-Mellon U. v. Cohill*, 484 U.S. 343, 357 (1988), and DENIES the motion to expedite (Dkt. No. 15) as moot. The Clerk is DIRECTED to remand this case to King County Superior Court.

//

//

//

//

//

ORDER
C26-1320-JCC
PAGE - 1

So DATED this 20th day of May 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C26-1320-JCC
PAGE - 2